UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSHUA N. BAN,

Plaintiff,

v.

Case No. 26-cv-1732-pp

FRANK J. BISIGNANO,

Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING FILING FEE (DKT. NO. 2)**

---

The plaintiff has filed a complaint seeking judicial review of a final administrative decision denying his claim for disability insurance benefits under the Social Security Act. Dkt. No. 1. He also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 2.

Federal law requires a person who files a complaint in federal court to pay $405—a filing fee of $350 (28 U.S.C. §1914(a)) and a $55 administrative fee (Judicial Conference of the United States District Court Miscellaneous Fee Schedule Effective the December 1, 2023, #14). To allow the plaintiff to proceed without prepaying the filing fee, the court first must decide whether the plaintiff can pay the fee; if not, it must determine whether the lawsuit is frivolous. 28 U.S.C. §§1915(a) and 1915(e)(2)(B)(i).

Based on the facts in the plaintiff's affidavit, the court concludes that he does not have the ability to pay the filing fee. The plaintiff's request indicates

that he is not married, he is not employed and he has no dependents he is responsible for supporting. Dkt. No. 2 at 1. The plaintiff lists no monthly employment income and says that in the last twelve months he has income of $200 per month selling personal items and $115 per month from his family. Id. at 2. The plaintiff states that his monthly expenses total $965 ($650 car payment, $275 groceries, $40 gasoline). Id. at 2-3. The plaintiff says that he owns a 2022 Kia K5 worth approximately $24,000; he does not own his home or any other property of value and he has no cash on hand or money in a checking or savings account. Id. at 3-4. The plaintiff states, "I am unable to work due to my disability. Family knows that I am struggling and has been providing me with shelter. I am very grateful to them and would be homeless without their help. Family is currently giv[ing] me all they can. They [are] unable to support me further. I have been selling my personal possessions to get by. But I have now sold all that I have. . . . I do no have any savings and the only asset I have is my vehicle. I am supposed to pay $650.00 a month on the vehicle note. But I have not been able to afford this payment. I am also unable to afford any insurance on this vehicle. . . . I am unable to pay the federal court filing fee and I have no one that can pay it on my behalf." Id. at 4. The plaintiff has demonstrated that he cannot pay the $405 fee.

The next step is to determine whether the case is frivolous. A case is frivolous if there is no arguable basis for relief either in law or in fact. Denton v. Hernandez, 504 U.S. 25, 31 (1992) (quoting Nietzke v. Williams, 490 U.S. 319, 325 (1989); Casteel v. Pieschek, 3 F.3d 1050, 1056 (7th Cir. 1993)). A person

may obtain district court review of a final decision of the Commissioner of Social Security. 42 U.S.C. §405(g). The district court must uphold the Commissioner's final decision as long as the Commissioner used the correct legal standards and the decision is supported by substantial evidence. See Roddy v. Astrue, 705 F.3d 631, 636 (7th Cir. 2013).

The plaintiff's complaint indicates that he was denied benefits for lack of disability, that he is disabled and that the conclusions and findings of fact by the Commissioner when denying benefits are not supported by substantial evidence and are contrary to law and regulation. Dkt. No. 1 at 1-2. At this early stage in the case, and based on the information in the plaintiff's complaint, the court concludes that there may be a basis in law or in fact for the plaintiff's appeal of the Commissioner's decision, and that the appeal may have merit, as defined by 28 U.S.C. §1915(e)(2)(B)(i).

The court **GRANTS** the plaintiff's motion for leave to proceed without prepaying the filing fee. Dkt. No. 2.

Dated in Milwaukee, Wisconsin this 24th day of September, 2026.

**BY THE COURT:**



**HON. PAMELA PEPPER**
**Chief United States District Judge**